Antonio L. BARNES, Plaintiff–Appellant,

v.

CORRECT CARE SOLUTIONS, IN-CORPORATED (C.C.S.); Deputy Miller; R. McCabe, Defendants–Appellees.

No. 07–7216.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2007.

Decided Dec. 12, 2007.

Antonio L. Barnes, Appellant Pro Se.

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio L. Barnes appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record, considered the Supreme Court's recent decision in *Jones v. Bock*, —— U.S. ——, 127 S.Ct. 910, 166 L.Ed.2d 798 (2007), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnes v. Correct Care*, No. 1:07–cv–00573–JCC (E.D.Va. July 26, 2007). We also deny Barnes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*